641 S.E.2d 24

**In the Matter of Miles L. GREEN, Jr., Respondent.**

Supreme Court of South Carolina.

Jan. 22, 2007.

## O R D E R

On January 8, 2007, Respondent was suspended from the practice of law for a period of six months, retroactive to April

26, 2005. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.

JEAN H. TOAL, CHIEF JUSTICE

BY: /s/ Daniel E. Shearouse
Clerk